AMY BISSON HOLLOWAY, State Bar. No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
THOMAS H. PROUTY, State Bar No. 238950
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-319-0155
tprouty@cde.ca.gov
Attorneys for the State Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM TORLAKSON, in his official capacity as State Superintendent of Public Instruction and Director of Education for the California Department of Education, *et al.*,<br><br>    Defendants. | Case No. 17-cv-00635-CRB<br><br>THE STATE DEFENDANTS' NOTICE OF DISCOVERY DISPUTE, AND REQUEST FOR SCHEDULING CONFERENCE AND SCHEDULING ORDER |

The State Defendants[1] respectfully file this document for two reasons:  (1) to notify the Court of a discovery dispute that the parties have been unable to resolve; and (2) to request a scheduling conference for the purpose of arriving at a scheduling order.

**Notice of Discovery Dispute**

Judge Charles Breyer's Standing Orders (revised June 11, 2015, published on the Court's website) provide in part:  "Motions to compel discovery are referred to a Magistrate Judge for assignment.  Therefore, counsel are required to file a notice of discovery disputes to initiate a referral in lieu of filing discovery motions before this Court."

There is a discovery dispute between Plaintiffs and the State Defendants that the parties have been unable to resolve.  Given the above-referenced order, the State Defendants refrain from describing the nature of the discovery dispute in detail here, other than to say that it involves Plaintiffs' document demands.  The State Defendants, however, would be pleased to brief and discuss the dispute in detail with the Court as directed.

**Request for Scheduling Conference**

This case was filed on February 8, 2017, but there is no scheduling order governing the case. The initial case management conference was scheduled for June 16, 2017, the same date and time as the State Defendants' motion to dismiss the complaint.  On that date, the Court took the motion to dismiss under submission, and no pretrial or trial-related deadlines were set.  (Dkt. 116.)  On July 13, 2017, the Court: entered its order granting in part and denying in part the motion to dismiss (Dkt. 119); and referred the case to Magistrate Judge Donna Ryu to conduct a settlement conference (Dkt. 120). Settlement conference proceedings were held in October 2017, but they did not lead to a settlement. (Dkt. 127-128.)  Plaintiffs have engaged in discovery, and the State Defendants have responded to

---

[1] The State Defendants are the following defendants, sued only in their official capacity:  Tom Torlakson, in his official capacity as State Superintendent of Public Instruction and Director of Education for the California Department of Education ("CDE"); Tom Adams, in his official capacity as Deputy Superintendent of the Instruction and Learning Support Branch of the CDE; Stephanie Gregson, in her official capacity as Director of the Curriculum Frameworks and Instructional Resources Division of the CDE; and Michael Kirst, Ilene Straus, Sue Burr, Bruce Holaday, Feliza I. Ortiz-Licon, Patricia Ann Rucker, Nicolasa Sandoval, Ting L. Sun, and Trish Boyd Williams, each in their official capacity as a member of California's State Board of Education.

1  written discovery requests and produced more than eighteen thousand pages of documents, plus audio
2  and video recordings, but there remains no discovery cutoff, pretrial deadlines or trial date.  The State
3  Defendants respectfully request a scheduling conference for the purpose of arriving at a scheduling
4  order contemplated by Rule 16 of the Federal Rules of Civil Procedure.

6  Dated:  April 25, 2018                    Respectfully submitted,

                                             AMY BISSON HOLLOWAY
                                             General Counsel
                                             EDMUNDO R. AGUILAR
                                             Assistant General Counsel
                                             TODD M. SMITH
                                             Assistant General Counsel

                                   By:       /s/ Thomas Prouty
                                             THOMAS PROUTY
                                             Deputy General Counsel
                                             Attorneys for the State Defendants