GESINA SEILER CARSON
Assistant Attorney General of Wisconsin
State Bar No. 1055162
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 266-1672
Fax: (608) 267-8906
E-mail: carsongs@doj.state.wi.us
MIGUEL A. NERI
Deputy Attorney General of California
State Bar No. 132875
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0755
Fax: (510) 622-2270
E-mail: Miguel.Neri@doj.ca.gov
Attorneys for Third Party Jonathan Kenoyer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, et al.,

Plaintiffs,

v.

TOM TORLAKSON, et al.,

Defendants.

Case No. 17-CV-0635-CRB

**MOTION TO MAINTAIN CONFIDENTIAL DESIGNATION**

Judge: Charles R. Breyer
Action Filed: June 14, 2018

---

**JONATHAN KENOYER'S MOTION TO RETAIN CONFIDENTIAL DESIGNATION OF RECORDS PURSUANT TO STIPULATED PROTECTIVE ORDER (DKT. 130)**

---

NOW COMES Third Party Jonathan Kenoyer, by his undersigned attorneys, and pursuant to Civil Local Rule 7-2, hereby moves the Court to retain confidential designation of records produced pursuant to the Stipulated Confidentiality Agreement (Dkt. 130). The grounds for this Motion are contained in Kenoyer's Brief in Support of Motion to Retain Confidentiality, the Declarations of Claire Dalle Molle and Gesina Seiler Carson, all pleadings of record, and the following grounds:

(1) On January 23, 2018, Plaintiff, Defendants, and Non-Party Jonathan Kenoyer entered into a Stipulated Protective Order (Dkt. 130 at 12);

(2) On January 24, 2018, this Court entered the Protective Order pursuant to Stipulation (Dkt. 130 at 12);

(3) Kenoyer turned over records to Plaintiff which were designated Confidential;

(4) By email dated May 24, 2018, Plaintiff, pursuant to ¶ 6.2 of the Protective Order (Dkt. 130), provided notice that he challenged the confidential designation to the following pages of the document production: 1-2, 5, 16, 22-24, 29-30, 36, 46-48, 51, 53, 56-58, 60-62, 66-67, 72-95, 105-123, 128;

(5) On June 6, 2018, counsel for Kenoyer had a telephone call with counsel for Plaintiffs, to comply with the meet and confer requirements, as required by ¶ 6.2 of the Stipulated Protective Order (Dkt. 130);

(6) The parties conferred in good faith, but could not reach an agreement regarding the "Confidential" designation on the above-identified documents in Paragraph Four (See Decl. of Carson and Dalle Molle); and

(7) This Motion is timely filed within 21 days of the May 24, 2018 e-mail notice challenging confidentiality of records. (Dkt. 130 at ¶ 6.3).

Wherefore, Third Party Jonathan Kenoyer respectfully requests this Court grant his Motion to Retain Confidentiality and retain the Confidential designations pursuant to the Stipulated Protective Order (Dkt. 130) on the challenged records identified in Paragraph Four.

Dated: June 14, 2018.

Respectfully submitted,

*/s/Gesina S. Carson*

GESINA SEILER CARSON
Assistant Attorney General
State Bar #1055162

Attorney for Third Party Jonathan Kenoyer