
Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOM TORLAKSON, et al.,<br><br>Defendants. | Case No.  3:17-cv-00635-CRB<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

    Plaintiffs file this Administrative Motion to File Document Under Seal pursuant to Local Rule 79-5(e), so they can file their opposition to nonparty Jonathan Kenoyer's Motion to Retain Confidential Designation of Records (Dkt 141). Kenoyer's motion seeks to maintain as confidential a series of emails, the content of which is recounted and analyzed in Plaintiffs' opposition. Because even the parts of the case law argued by Plaintiffs could reveal characteristics of the emails Plaintiffs seek to analogize or distinguish, Plaintiffs submit that the opposition should be sealed in its entirety.

    The Declaration of Glenn Katon In Support of Plaintiffs' Administrative Motion to File Document Under Seal, filed in connection with this motion, sets forth factual basis for the relief sought.

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
3:17-cv-00635 CRB                                                                                                                                Page 1

DATED: June 28, 2018

        Respectfully submitted,

        KATON.LAW

        /s/ Glenn Katon
        Glenn Katon

        ATTORNEY FOR PLAINTIFFS CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS; ARVIND RAGHAVAN, individually and as parent and next friend of M.R. and N.R.; VISHNUKUMAR THUMATI, individually and as parent and next friend of P.T. and N.T.; SHAILESH SHILWANT, individually and as parent and next friend of P.S. and P.S.S.

## CERTIFICATE OF SERVICE

On the date indicated below, I emailed to counsel for nonparty movant Jonathan Kenoyer the following documents: (1) Plaintiffs' Administrative Motion to File Document Under Seal, (2) Declaration of Glenn Katon In Support of Plaintiffs' Administrative Motion to File Document Under Seal, and (3) Plaintiffs' Opposition to Jonathan Kenoyer's Motion to Retain Confidential Designation Of Records

To: Gesina S.Carson <carsongs@doj.state.wi.us> and Claire Dalle Molle <claire.dallemolle@wisc.edu>

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2018.

        /s/ Glenn Katon
        Glenn Katon