1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

CALIFORNIA PARENTS FOR THE
EQUALIZATION OF EDUCATIONAL
MATERIALS, et al.,

              Plaintiff,

     v.

TOM TORLAKSON, in his official
capacity as State Superintendent of Public
Instruction and Director of Education for
the California Department of Education, et
al.,

              Defendant.

Case No.  17-CV-00635-CRB

[~~PROPOSED~~] ORDER GRANTING JOINT
MOTION TO EXTEND TIME

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO EXTEND
TIME 17-CV-00635-CRB

1

**ORDER**

2        The Court has reviewed Third Party, The Regents of the University of California's Ex

3  Parte Application to Extend The Hearing on Jonathan Kenoyer's Motion to Maintain Confidential

4  Designation and The Regents Motion to Intervene, Join in the Kenoyer Motion and Amend the

5  Protective Order.

6        GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the

7  Hearings on the above referenced motions will be moved from August 16, 2018 to

8  _August 23_____, 2018.

9

10  **IT IS SO ORDERED.**

11

      Dated:      July _20_, 2018                    _____

12                                                   THE HON. JACQUELINE SCOTT CORLEY
                                                     U.S. DISTRICT COURT MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO EXTEND
TIME 17-CV-00635-CRB