GESINA SEILER CARSON
Assistant Attorney General of Wisconsin
State Bar No. 1055162
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 266-1672
Fax: (608) 267-8906
E-mail: carsongs@doj.state.wi.us
MIGUEL A. NERI
Deputy Attorney General of California
State Bar No. 132875
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0755
Fax: (510) 622-2270
E-mail: Miguel.Neri@doj.ca.gov
Attorneys for Third Party Jonathan Kenoyer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, et al., <br><br>               Plaintiffs, <br><br>          v. <br><br> TOM TORLAKSON, et al., <br>               Defendants. | Case No. 17-CV-0635-CRB <br><br> **RESPONSE TO PLAINTIFF'S MOTION (DKT. 152) TO FILE SUR-REPLY** <br><br><br> Judge: Charles R. Breyer <br> Action Filed:   June 14, 2018 |

**KENOYER'S RESPONSE TO PLAINTIFF'S
MOTION (DKT. 152) TO FILE SUR-REPLY**

1

Response to Plaintiff's Motion (Dkt. 152) to File Sur-Reply   (17-cv-0635-CRB)

Plaintiffs served Third Party Jonathan Mark Kenoyer with a subpoena for documents. Kenoyer is a Professor of Anthropology at the University of Wisconsin ("UW") who focuses on the Indus Civilization (Pakistan and India). The documents requested were for all communications among the South Asia Faculty Group (SAFG) relating to "Framework" and the California State Education Agency and Professor Kenoyer's 2005 research paper entitled "Cultures and Traditions of the Indus Traditions." UW ultimately produced 800+ documents in response and designated a portion of those documents "Confidential" pursuant to the Protective Order entered in this case (Dkt. 130.) Plaintiffs have challenged the confidential designation of 67 of these documents, which have been filed "Under Seal."

Plaintiffs' Motion to file a Sur-Reply should be denied because there is no new evidence. Counsel for the State Defendants signed the Stipulated Protective Order long ago. (Dkt. 130). By signing on, the State Defendants were entitled to receive copies of the documents produced by Kenoyer pursuant to Plaintiffs' subpoena. The same argument applies to the State Defendants receipt of the unredacted briefs.  Additionally, providing a copy of the specific documents, to clarify which documents are at issue in this case, to the attorney who has already received them from his own client, does not undermine the basis to retain confidentiality. There is no reason to "hide the ball" regarding which documents are at issue in Kenoyer's motion. The fact that all interested parties have knowledge of the specific documents at issue will assist this Court in the ultimate decision by focusing the arguments to the correct documents.

Plaintiffs' second claim, that Kenoyer raised a new argument, does not warrant a Sur-Reply. In Kenoyer's initial brief, he argued that Plaintiffs could use the documents however they wished for the litigation without removal of the confidential designation. The reason for removal

of the confidential designation would be to widely disseminate them (Dkt. 142 at 9), which is demonstrated on CAPEEM's website.

Dated: July 23, 2018.

          Respectfully submitted,

          */s/Gesina S. Carson*

          GESINA SEILER CARSON
          Assistant Attorney General
          State Bar #1055162

          Attorney for Third Party Jonathan Kenoyer