IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOM TORLAKSON, et al., <br><br> Defendants. | Case No. 17-cv-00635-CRB <br><br> **ORDER DENYING MOTION TO STAY AND RECONSIDER** |

On January 31, 2019, this Court issued an order denying Plaintiffs' administrative motions to file under seal communications among the members of the South Asia Faculty Group (SAFG) that Judge Corley had designated confidential during pretrial discovery. See Order (dkt. 229). The Court held that the "compelling reasons" standard applies, and that the documents do not meet that standard. Id. The Court further held that, while the Regents of the University of California sought to submit additional briefing, "the Court finds it unnecessary to receive additional briefing on the matter." Id. at 4 n.3. The Regents have now filed a motion to stay the Court's January 31, 2019 order and to grant the Regents leave to file a motion for reconsideration of that order. See Mot. (dkt. 232). Plaintiffs oppose the motion. See Opp'n (dkt. 233).

There is little point in staying the Court's order. The order has been in effect for nearly two weeks, Plaintiffs promptly posted the SAFG documents on their website, see Gherini Decl. (dkt. 232-1) ¶ 2, and the documents have been publicly available on the Court's docket for a week, see Notice of Filing Unredacted Versions of Documents Previously Submitted Under Seal (dkt. 231). Staying the order at this point would not put

the genie back in the bottle.

Nor have Plaintiffs met the standard for reconsideration under Civil Local Rule 7-9(b)(1) or (2). The Regents assert that "the researcher emails are being used to gratify spite, promote public scandal and circulate libelous statements." Mot. at 4–5. In support of that contention, they point to a single email directed to one SAFG professor "from another website publication," which asked her religion, and "an online article containing one of the emails," by "a website publication," which insulted the same SAFG professor and falsely claimed that an anti-Hindu quote was from her book. Id. While the email and article, as described by the Regents, are unfortunate, they do not rise to the level of "new material facts" that would satisfy the compelling reasons standard. Moreover, the Regents do not assert that Plaintiffs are responsible for writing either the email or the article.

Accordingly, the Court DENIES the Regents' motion.

**IT IS SO ORDERED.**

Dated: February 13, 2019



CHARLES R. BREYER
United States District Judge