IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TOM TORLAKSON, et al., <br><br> Defendants. | Case No. 17-cv-00635-CRB <br><br> **JUDGMENT** |

Having granted Defendants' motion for summary judgment, see Order re MSJs (dkt. 236), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: February 28, 2019

CHARLES R. BREYER
United States District Judge