

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 01, 2019

| | |
|---|---|
| No.: | 19-15607 |
| D.C. No.: | 3:17-cv-00635-CRB |
| Short Title: | CAPEEM, et al v. Tom Torlakson, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS; ARVIND RAGHAVAN, individually and as parent and next friend of M.R. and N.R.; VISHNUKUMAR THUMATI, individually and as parent and next friend of P.T. and N.T.; SHAILESH SHILWANT, individually and as parent and next friend of P.S. and P.S.S., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TOM TORLAKSON, in his official capacity as State Superintendent of Public Instruction and Director of Education for the California Department of Education; TOM ADAMS, in his official capacity as Deputy Superintendent of the Instruction and Learning Support Branch of the California Department of Education; STEPHANIE GREGSON, in her official capacity as Director of the Curriculum Frameworks and Instructional Resources Division of the California Department of Education; MICHAEL KIRST; ILENE STRAUS; SUE BURR; BRUCE HOLADAY; FELIZA I. ORTIZ-LICON; PATRICIA ANN RUCKER; | No. 19-15607 <br><br> D.C. No. 3:17-cv-00635-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **TIME SCHEDULE ORDER** |

NICOLASA SANDOVAL; TING L. SUN; TRISH BOYD WILLIAMS, each in their official capacity as a member of the California State Board of Education; MYONG LEIGH, in his official capacity as Interim Superintendent of the San Francisco Unified School District; SHAMANN WALTON; HYDRA MENDOZA-MCDONNELL; STEVON COOK; MATT HANEY; EMILY M. MURASE; RACHEL NORTON; MARK SANCHEZ, each in their official capacity as a member of the San Francisco Unified School District; RICK SCHMITT, in his official capacity as Superintendent of the San Ramon Valley Unified School District; MARK JEWETT; KEN MINTZ; RACHEL HURD; DENISE JENNISON; GREG MARVEL, each in their official capacity as a member of the San Ramon Valley Unified School District Board of Education; WENDY GUDALEWICZ, in her official capacity as Superintendent of the Cupertino Union School District; ANJALI KAUSAR; LIANG CHAO; KRISTEN LYN; SOMA MCCANDLESS; PHYLLIS VOGEL, each in their official capacity as a member of the Cupertino Union School District Board of Education; CHERYL JORDAN, in her official capacity as Superintendent of the Milpitas Unified School District; DANIEL BOBAY; DANNY LAU; CHRIS NORWOOD; HON LIEN; ROBERT JUNG, each in their official capacity as a member of the Milpitas Unified School District Board of Education,

    Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., April 8, 2019** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., April 29, 2019** | Transcript shall be ordered. |
| **Tue., May 28, 2019** | Transcript shall be filed by court reporter. |
| **Mon., July 8, 2019** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Tue., August 6, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7