UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 01 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CALIFORNIA PARENTS FOR THE
EQUALIZATION OF EDUCATIONAL
MATERIALS; et al.,

            Plaintiffs - Appellants,

   v.

TOM TORLAKSON, in his official
capacity as State Superintendent of
Public Instruction and Director of
Education for the California Department
of Education; et al.,

            Defendants - Appellees,

REGENTS OF THE UNIVERSITY OF
CALIFORNIA,

            Intervenor.

No. 19-15607

D.C. No. 3:17-cv-00635-CRB
U.S. District Court for Northern
California, San Francisco

**MANDATE**

     The judgment of this Court, entered September 03, 2020, takes effect this

date.

     This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7