# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 19, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  California Parents for the Equalization of Educational Materials
           v. Tom Torlakson, et al.
           No. 20-1137
           (Your No. 19-15607)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 16, 2021 and placed on the docket February 19, 2021 as No. 20-1137.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Clara Houghteling
                            Case Analyst