# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 26, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: California Parents for the Equalization of Educational Materials v. Tom Torlakson, et al.
No. 20-1137
(Your No. 19-15607)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Shree Shakti Mandir of Atlanta, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this motion and this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk